E-Filed: 4-2-15

1  RICK A YARNALL
   Chapter 13 Bankruptcy Trustee
2  Benjamin Chambliss, Esq.
   Nevada Bar No. 11536
3  Daniel Riggs, Esq.
4  Nevada Bar No. 12270
   701 Bridger Ave., Ste 820
5  Las Vegas, NV 89101
6  (702) 853-4500
   RAY13mail@lasvegas13.com
7

8            UNITED STATES BANKRUPTCY COURT
9            FOR THE DISTRICT OF NEVADA
10

11 In re:

12                                    BK-S-12-10851-LED
13 ELENA B. GARCIA,                   Chapter 13

14              Debtor(s).
15

16    **AFFIDAVIT IN SUPPORT OF EX-PARTE ORDER OF DISMISSAL**

17
   County Of Clark        )
18                        ) ss:
   State of Nevada        )
19

20    I, Leah Engel, being first duly sworn upon her oath, hereby deposes and says:

21    1.      That I am an employee of Rick A. Yarnall, Chapter 13 Bankruptcy Trustee make this
22 Affidavit of facts from personal knowledge which is known to me except for those matters stated upon
23 information and belief, and as to those matters, I believe same to be true;

24    2.      That I make this Affidavit in support of the Ex-Parte Order of Dismissal;

      3.      On or about March 12, 2015, a Conditional Order was entered by this Court, which
25 required the Debtor to, by March 15, 2015, come current with her Chapter 13 Plan payments in the
26 amount of $900.00, and provide the Chapter 13 Trustee with copies of her 2013 IRS returns and refunds,
27 if any;

28

4.    A review of this case shows that the Debtor has failed to tender any funds to the Trustee since February 18, 2015;

5.    The debtor also failed to provide a copy of her 2013 IRS returns and refunds, if any;

FURTHER, AFFIANT SAYETH NAUGHT this ___ day of _____, 2015.

_____
LEAH ENGEL
An employee of RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

SWORN to and SUBSCRIBED before me this _____ day of __April__, 2015.

_____
NOTARY PUBLIC in and for said County and State

CINDY L. COONS
Notary Public State of Nevada
No 95-1266-1
My appt. exp. Oct 31, 2015